UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT DIVISION

| | | |
|---|---|---|
| Adam Cruts , | ) | |
| Plaintiff (s), | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| Lincoln National Life Insurance Company , | ) | |
| | ) | |
| Defendant(s). | ) | |

# NOTICE OF INTENT TO USE PROCESS SERVER

Comes now Plaintiff and notifies the court of the intent to use
(Plaintiff or Defendant)

Cole County Sheriff
(name and address of process server)
350 E. High Street
Jefferson City, MO 65101

To serve: Lincoln National LIfe Insurance Company c/o Missouri Department of Insurance in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

08/16/2022
(date)

/S/ Adam J. Olszeski
(attorney for Plaintiff)

(attorney for Defendant)