**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| ADAM CRUTS, Plaintiff(s), vs. LINCOLN NATIONAL LIFE INSURANCE COMPANY, Defendant(s). | ) | Case No. 4:22-cv-00851-PLC |

DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Defendant hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):

      Lincoln National Corporation.

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

      None

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

      Lincoln National Corporation

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

/s/ Iwana Rademaekers
Signature (Counsel for Plaintiff/Defendant)
Print Name: Iwana Rademaekers
Address: 17304 Preston Rd, Ste 800
City/State/Zip: Dallas TX 75252
Phone: (214) 579-9319

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
September 9, 2022.

Matthew R. Davis, Email: matt@gallagherdavis.com
Adam J. Olszeski, Email: adam@gallagherdavis.com

/s/ Iwana Rademaekers

Signature