UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADAM CRUTS,<br><br>Plaintiff(s),<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant(s). | No. 4:22-CV-00851-PLC |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Patricia L. Cohen to District Judge Matthew T. Schelp.

September 30, 2022
Date

*Gregory J. Linhares* /
Clerk of Court

By: /s/ Cassie Thoele /
CASSIE THOELE
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:22-CV-00851-MTS**