**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ADAM CRUTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00851-MTS |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference previously set in this matter is **RESET** to **October 27, 2022**, at **11:30 a.m.** before the undersigned via Zoom. **This is a time change only**. Hearing participants are directed to use the following login information to participate by www.zoomgov.com: Meeting ID: 160 969 4455, Password: 355339. All participants are directed to add their name (right click and select Rename) to their profile upon entering the Zoom hearing. Or participants may call: 1-669-254-5252, Meeting ID: 160 969 4455. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This prohibition includes proceedings ordered by the Court to be conducted by telephone or video.

**IT IS FURTHER ORDERED** that Magistrate Judge Cohen's Order Setting Rule 16 Conference, Doc. [10], remains in effect all other respects.

Dated this 7th day of October, 2022.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE