**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ADAM CRUTS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 4:22-CV-00851-MTS** |
| **vs.** | ) | |
| | ) | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF APPERANCE

COMES NOW Matthew R. Davis and gives notices of his appearance for Plaintiff Adam Cruts.

**GALLAGHER DAVIS, L.L.P.**

*/s/ Matthew R. Davis*
Matthew R. Davis, #MO58205
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com

*Attorneys for Plaintiff*