UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM CRUTS,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:22 CV 851 MTS |

**CASE MANAGEMENT ORDER - TRACK 2: STANDARD**

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri, and the Joint Proposed Scheduling Plan, Doc. [13],

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case, and will be modified only upon good cause shown:

## I. SCHEDULING PLAN

1. This case has been assigned to Track 2 (Standard).

2. All motions for joinder of additional parties and amendment of pleadings shall be filed no later than **January 18, 2023**.

3. Disclosure shall proceed in the following manner:

   (a) The parties shall make all initial disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **November 24, 2022**.

   (b) The presumptive limits of 10 depositions per side as set forth in Rule 30(a)(2)(A), Fed. R. Civ. P., and 25 interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply.

(c) Defendant shall produce a Bates-Numbered administrative record by **December 1, 2022**.

(d) Plaintiff may file a motion for limited discovery no later than **January 13, 2023**, to which Defendant may file its Response no later than **February 3, 2023**, and Plaintiff may file a Reply no later than **February 10, 2023**.

(e) The parties shall complete all discovery in this case no later than **February 17, 2023**.

4. This case shall be referred to alternative dispute resolution on **January 10, 2023**, and that reference shall terminate on **March 1, 2023**.

5. Any motions to dismiss, for summary judgment, judgment on the pleadings, or motion to exclude testimony pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or *Kuhmo Tire Co. Ltd. v. Carmichael*, 526 U.S. 137 (1999), must be filed no later than **August 31, 2023**. With the response to any such motion to be filed within twenty-one (21) days after the filing of the motion and any reply to be filed within seven (7) days after the response is filed with the Court.

## II. ORDER RELATING TO TRIAL

This action is set for a **BENCH** trial on **November 16, 2023, at 9:00 a.m.** This is a **two-week** docket.

**In this case, unless otherwise ordered by the Court, the attorneys shall, not less than 20 days prior to the date set for trial:**

1. **Stipulation**: Meet and jointly prepare and file with the Clerk a JOINT Stipulation of all uncontested facts, which may be read into evidence subject to any objections of any party set forth in said stipulation (including a brief summary of the case which may be used on Voir Dire).

2. **Witnesses**:

(a) Deliver to opposing counsel, and to the Clerk, a list of all proposed witnesses, identifying those witnesses who will be called to testify and those who may be

called.

(b) Except for good cause shown, no party will be permitted to call any

witnesses not listed in compliance with this Order.

3. **Exhibits**:

(a) Mark for identification all exhibits to be offered in evidence at the trial (Plaintiffs to use Arabic numerals and defendants to use letters, e.g., Pltf-1, Deft -A, or Pltf Jones-1, Deft Smith-A, if there is more than one plaintiff or defendant), and deliver to opposing counsel and to the Clerk a list of such exhibits, identifying those that will be introduced into evidence and those that may be introduced. The list shall clearly indicate for each business record whether the proponent seeks to authenticate the business record by affidavit or declaration pursuant to Fed. R. Evid. 902(11) or 902(12).

(b) Submit said exhibits or true copies thereof, and copies of all affidavits or declarations pursuant to Fed. R. Evid. 902(11) or 902(12), to opposing counsel for examination. Prior to trial, the parties shall stipulate which exhibits may be introduced without objection or preliminary identification and shall file written objections to all other exhibits.

(c) Except for good cause shown, no party will be permitted to offer any exhibits not identified or not submitted by said party for examination by opposing counsel in compliance with this Order. Any objections not made in writing at least ten (10) days prior to trial may be considered waived.

4. **Depositions, Interrogatory Answers, and Request for Admissions**:

(a) Deliver to opposing counsel and to the Clerk a list of all interrogatory answers or parts thereof and depositions or parts thereof (identified by page and line numbers), and answers to requests for admissions proposed to be offered in evidence. At least ten (10) days before trial, opposing counsel shall state in writing any objections to such testimony and shall identify any additional portions of such depositions not listed by the offering party which opposing counsel proposes to offer.

(b) Except for good cause shown, no party will be permitted to offer any interrogatory answer, or deposition or part thereof, or answer to a request for admissions not listed in compliance with this Order. Any objections not made as above required may be considered waived.

5. **Instructions**: Submit to the Court and to opposing counsel their written request for instructions and forms of verdicts, reserving the right to submit requests for additional or modified instructions at least ten (10) days before trial, in light of opposing party's requests for instructions. (Each request must be supported by at least one pertinent citation). The parties should email a copy of the instructions to the clerk at MOEDml_Team_RLW-MTS-NCC@moed.uscourts.gov.

6. **Trial Brief**: Submit to the Court and opposing counsel a trial brief stating the legal and factual issues and authorities relied on and discussing any anticipated substantive or procedural problems.

7. **Motions In Limine**: File all motions in limine to exclude evidence at least ten (10) days before trial.

Failure to comply with any part of this order may result in the imposition of sanctions.

Dated this 1st day of November, 2022

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE