Reset

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ADAM CRUTS

Plaintiff(s),

vs.

LINCOLN NATIONAL LIFE INSURANCE COMPANY

Defendant(s).

Case No. 4:22-CV-00851

**DESIGNATION OF NEUTRAL BY PARTIES**
**AND**
**ADR CONFERENCE REPORT**

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated January 10, 2023 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Michael S. Geigerman

Firm Name and Address:
USA&M
500 N. Broadway Sutie 1800
St. Louis, MO 63102

Telephone & FAX Number: P: (314) 231-4642 F:(314) 231-0137

**The attorneys of record in this case are:**

Name of Lead Counsel: Adam J. Olszeski

Firm Name and Address:
Gallagher Davis, LLP
2333 S. Hanley
St. Louis, MO 63114

Telephone & FAX Number: P: (314) 725-1780 F: (314) 725-0101

Name of Other Counsel: Iwana Rademaekers

Firm Name and Address: Law Offices of Iwana Rademaekers, P.C.
17304 Preston Rd. Suite 800
Dallas, Texas 75252

Telephone & FAX Number: P: (214) 564-9542 F: (469) 444-6465

**The completion deadline for this ADR referral is** March 1, 2023

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: February 23, 2023

Time of Conference: 10:00 a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location: USA&M / Virtual

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

January 30, 2023
Date

/s/ Adam J. Olszeski

Signature of Plaintiff(s)

/s/ Iwana Rademaekers (with consent)

Signature of Defendant(s)