**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ADAM CRUTS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00851-MTS |
| | ) | |
| **LINCOLN NATIONAL** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR DISCOVERY**

COMES NOW Defendant The Lincoln National Life Insurance Company ("Lincoln" or "Defendant"), by and through its undersigned counsel, and respectfully moves this Court to extend the deadline to respond to Plaintiff's Motion for Discovery and would show unto the Court as follows:

1. Plaintiff filed his Motion for Discovery (Dkt 18) on January 13, 2023 (the "Motion"). Pursuant to the Case Management Order (Dkt 16), Defendant must respond to the Motion by Friday, February 3, 2023, and Plaintiff may file a reply by February 10, 2023.

2. Plaintiff and Defendant are continuing to discuss a potential settlement in this matter. Progress has been made, but these discussions have not yet been completed. Accordingly, Defendant requests an extension of the deadline, through and including February 17, 2023, for Defendant to respond to Plaintiff's Motion so the parties can fully explore settlement options without incurring the time and expense required for a response and rebuttal to the Motion.

3. The undersigned conferred with counsel for Plaintiff regarding the relief requested herein and Plaintiff's counsel does not object to the requested extension.

4. This Unopposed Motion For Extension of Time to Respond to Plaintiff's Motion for Discovery is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE Lincoln respectfully requests that the Court enter an order that it have until February 17, 2023, to respond to Plaintiff's Motion.

Dated: February 2, 2023

Respectfully submitted,

By: */s/ Iwana Rademaekers*

Iwana Rademaekers (Texas Bar No. 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 2nd day of February 2023 to be served by operation of the Court's electronic filing system upon the following:

Matthew R. Davis, #MO58205
Email: matt@gallagherdavis.com

Adam J. Olszeski, #MO66126
Email: adam@gallagherdavis.com

*Attorneys for Plaintiff*

/s/ *Iwana Rademaekers*
Iwana Rademaekers