**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ADAM CRUTS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-CV-00851-MTS |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

COME NOW All parties of record, by and through undersigned counsel, and hereby notifies the Court that a settlement in principle has been reached among all parties. The parties request sixty days to finalize the settlement agreement and to file all necessary documents with the Court.

Respectfully submitted,

**GALLAGHER DAVIS, L.L.P.**

*_/s/ Adam J. Olszeski_*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com
adam@gallagherdavis.com

*Attorneys for Plaintiff*

Law Offices of Iwana Rademaekers

By: ***/s/ Iwana M. Rademaekers (with consent)***
Iwana M. Rademaekers, 16452560
Law Offices of Iwana Rademaekers
17304 Preston Road, Suite 800
Dallas, Texas 75252
PH: (214) 579-9319
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*