**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ADAM CRUTS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00851-MTS |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Adam Cruts and The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 17th day of March 2023.

Respectfully submitted,

By: */s/ Adam J. Olszeski*

Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
2333 South Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com
adam@gallagherdavis.com

*Attorneys for Plaintiff*

***AND***

Law Offices of Iwana Rademaekers

By: */s/ Iwana M. Rademaekers*

Iwana M. Rademaekers, 16452560
Law Offices of Iwana Rademaekers
17304 Preston Road, Suite 800
Dallas, Texas 75252
PH: (214) 579-9319
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*